■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY P. WILLETTE, Appellant.—Appeal from a judgment of the County Court of Essex County (Garvey, J.), rendered October 21, 1985, convicting defendant upon his plea of guilty of the crime of criminal possession of stolen property in the first degree.

Appeal dismissed *(see, People v Lester,* 137 AD2d 871; *People v Harvey,* 124 AD2d 943, *lv denied* 69 NY2d 746). Casey, J. P., Mikoll, Levine, Harvey and Mercure, JJ., concur.